UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

VICTOR VILLANUEVA,

         Plaintiff,

         v.

UPS, et. al,

         Defendants

Case No. 10-cv-2154 (PGS)

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

**IT IS ORDERED** that the application is:

   X   GRANTED, and

\_\_\_\_   The clerk is directed to file the complaint; and

**IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by plaintiff. All costs of service shall be advanced by the United States.

\_\_\_ DENIED, for the following reasons:

_____
PETER G. SHERIDAN, U.S.D.J.

October 15, 2010