UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR VILLANUEVA<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>EDDIE FARENTINO, GEO VELASQUEZ<br>RICHARD COLUCCI, PAT JONES, ABC<br>CORPORATIONS 1-20 AND JOHN DOES<br>1-10<br><br>    Defendants. | Civil Action No. 10-2154 (CCC)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court by way of an Order to Show Cause for the Entry of an Order Dismissing Plaintiff Victor Villanueva's ("Plaintiff") Complaint for Failure to Prosecute, filed by Defendants United Parcel Service, Inc., Ed Farentino, Geo Velasquez, Richard Colucci and Patricia Jones (collectively "Defendants"). The parties had the opportunity to submit briefs and oral argument was heard on March 20, 2013. Plaintiff failed to appear at the hearing. [Docket No. 43] On March 26, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that this action should be dismissed, with prejudice, pursuant to Local Civil Rule 41(b). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, dated March 26, 2013, and for substantially the same reasons stated therein,

IT IS on this 30 day of April, 2013

1

**ORDERED** that this Court adopts Judge Dickson's March 26, 2013 Report and Recommendation and thus dismisses this action with prejudice. The Clerk of the Court shall close this case.

**SO ORDERED.**

_____
Claire C. Cecchi
United States District Judge